STACY TOLCHIN (SBN 217431)
*Stacy@Tolchinimmigration.com*
MEGAN BREWER (SBN268248)
*Megan@Tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Tel.: (213) 622-7450
Fax: (213) 622-7233

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan GARCIA RAZO; Dulce SOTO,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; Mike POMPEO, United States Secretary of State, in his official capacity; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; L. Francis CISSNA, USCIS Director, in his official capacity; Daria L. DARNELL, United States Consul General, Ciudad Juarez, Mexico, in her official capacity; and Robert M. COWAN, Director of the USCIS National Benefits Center, in his official capacity.<br><br>Defendants. | Civil Case No.: 2:18-cv-01569-JAM-DB<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT |

Pending before this Court is the parties' joint stipulation to allow the filing of Plaintiffs' First Amended Complaint.

**IT IS ORDERED:**

(1) Plaintiffs shall be permitted to file a First Amended Complaint on or before August 6, 2018.

(2) Defendants shall be permitted 30 days to file an answer, such that any responsive pleading is due on or before September 5, 2018.

(3) The deadline for Defendants' responsive pleading currently due on August 6, 2018 is hereby moot.

Dated: August 7, 2018

United States District Judge
John A. Mendez

1