STACY TOLCHIN (SBN 217431)
Stacy@Tolchinimmigration.com
MEGAN BREWER (SBN268248)
Megan@Tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Tel.: (213) 622-7450
Fax: (213) 622-7233

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan GARCIA RAZO; Dulce SOTO,<br><br>　　　　Plaintiffs,<br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE; Mike POMPEO, United States Secretary of State, in his official capacity; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; L. Francis CISSNA, USCIS Director, in his official capacity; Daria L. DARNELL, United States Consul General, Ciudad Juarez, Mexico, in her official capacity; and Robert M. COWAN, Director of the USCIS National Benefits Center, in his official capacity.<br><br>　　　　Defendants. | Civil Case No.: 2:18-cv-01569-JAM-DB<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1 | Pursuant to the Stipulation and for good cause shown, IT IS ORDERED
2 | that the hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary
3 | Judgment is vacated in light of the pending petition for rehearing in in <u>Allen v. Milas</u>, 896 F.3d
4 | 1094, 1102 (9th Cir. 2018). The parties shall file a status report within 90 days of the entry of
5 | this order regarding the status of the petition for rehearing.

DATED: 11/5/2018.

/s/ John A. Mendez
Honorable Judge John A. Mendez

UNITED STATES DISTRICT COURT JUDGE