STACY TOLCHIN (SBN 217431)
Stacy@Tolchinimmigration.com
MEGAN BREWER (SBN268248)
Megan@Tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Tel.: (213) 622-7450
Fax: (213) 622-7233

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan GARCIA RAZO; Dulce SOTO,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF STATE et. al.<br><br>Defendants. | Civil Case No.: 2:18-cv-01569-JAM-DB<br><br>**ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE** |

|   |   |
|---|---|
| 1 | Pursuant to the Stipulation and for good cause shown, IT IS ORDERED that |
| 2 | the hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment is |
| 3 | set for March 19, 2019 at 1:30 p.m. Defendants' Opposition to Plaintiffs' Motion for Summary |
| 4 | Judgment shall be filed on or before February 12, 2019. The parties' replies to the pending |
| 5 | motions shall be filed on or before February 26, 2019. |

DATED: January 30, 2019.

Honorable Judge John A. Mendez
UNITED STATES DISTRICT JUDGE